**No. 68459.**—John L. Westland & Son, Inc., a/c Bahco Tools, Inc. *v.* United States, protest 63/8653 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of nail pullers similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiff was sustained.